# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:19-op-45050<br><br>KENTUCKY RIVER DISTRICT HEALTH DEPARTMENT, and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS, INC.; AMNEAL PHARMACEUTICALS, LLC.; MALLINCKRODT PLC; MALLINCKRODT, LLC; SPECGX, LLC; ALLERGAN PLC f/k/a ACTAVIS PLC; ACTAVIS, LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; WATSON LABORATORIES, INC.; DEPOMED, INC.; MCKESSON CORPORATION; ANDA, INC.; CARDINAL HEALTH, INC.; H.D. SMITH, LLC f/k/a H.D. SMITH WHOLESALE DRUG CO.; AMERISOURCEBERGEN DRUG CORPORATION; RICHIE PHARMACAL CO.; MYLAN PHARMACEUTICALS, INC.; SANDOZ, INC., OMNICARE | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan A. Polster<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO INDIVIOR PLC PURSUANT TO FED.R.CIV.P.41(a)(1)(A)(i)** |

DISTRIBUTION CENTER, LLC; PAR PHARMACEUTICAL; HIKMA PHARMACEUTICALS PLC; QUEST PHARMACEUTICALS, INC.; INDIVIOR PLC; and DOES 1-100,

   Defendants.

  COME NOW Plaintiff Kentucky River District Health Department and all others similarly situated, by and through undersigned counsel, and hereby give Notice of Voluntary Dismissal of Defendant Indivior PLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal is with prejudice and is effective immediately upon filing of this notice.

  The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiffs' claims against other Defendants included in Plaintiffs' Complaint.

Dated:  February 21, 2019        Respectfully submitted,


                 By:  */s/ Robert K. Finnell*

| | |
|---|---|
| David J. Guarnieri | Robert K. Finnell (GBA #261575) |
| Jaron P. Blandford | **THE FINNELL FIRM** |
| Lisa English Hinkle | 1 W. 4th Street, Suite 200 |
| Robert F. Maclin, III | Rome, GA 30161 |
| **McBRAYER, McGINNIS, LESLIE & KIRKLAND, PLLC** | Phone:  (706) 235-7272 |
| | Facsimile:  (706) 235-9461 |
| 201 E. Main Street, Suite 900 | bob@finnellfirm.com |
| Lexington, KY 40507 | |
| Phone: (859) 231-8780 | |
| Facsimile: (859) 231-1175 | |
| dguarnieri@mmlk.com | |
| jblandford@mmlk.com | |
| lhinkle@mmlk.com | |
| remaclin@mmlk.com | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of February 2019, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System, to be served electronically upon all counsel of record and via regular U.S. mail to the following counsel:

Virginia A. Gibson
Hogan Lovells US LLP
1735 Market Street, Floor 23
Philadelphia, PA 19103

*/s/ Robert K. Finnell*
Robert K. Finnell
*Counsel for Plaintiffs*